C. B. Easterlin *et al.,* Appellants, vs. Gracy & McDonald, Appellees.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge

*Evans Haile* and *B. A. Thrasher,* for Appellants.

*W. H. Palmer* and *Robt. E. Davis,* for Appellees.

The bill in this case was filed by the appellees against the appellants. There were decrees for the complainants, and the defendants appeal. Decrees affirmed.

Decision Per Curiam.

C. B. Easterlin, Appellants, vs. L. C. Gracy, and A. W. McDonald, Partners Under the Firm Name of Gracy & McDonald, Appellees.

### DIVISION B.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

*B. A. Thrasher* and *Evans Haile,* for Appellant.

No appearance for Appellees.

The bill in this cause was filed by the appellees against the appellant. There was decree for the complainants, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.